# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA DREA JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES, ET AL.,<br><br>　　　　Defendants. | Case No. 2:24-cv-00475-DDP-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Plaintiff's claims for Intentional Infliction of Emotional Distress are DISMISSED without leave to amend because they are barred by California Government Code § 821.6.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on Plaintiff

1  at her current address of record and on counsel for the defendants who have appeared.

3  DATED: May 7, 2025

*[signature]*

HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE