JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LA DREA JOHNSON,<br>Plaintiff,<br>v.<br>CITY OF LOS ANGELES, ET AL.,<br>Defendants. | Case No. 2:24-cv-00475-MEMF-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 29, 2026



MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE